IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRUNSON ROBERTS
ADC #127841                                                          PLAINTIFF

v.                          No. 5:16-cv-138-DPM-BD

WENDY KELLEY,* Director, Arkansas
Department of Correction; JOHN FELTS,
Parole Board Member; DAWNE VANDIVER,
Parole Board Member; ANDY SHOCK; Parole
Board Member; ABRAHAM CARPENTER; Parole
Board Member; JIMMY WALLACE; Parole
Board Member; JOHN BELKEN, Parole Board
Member; JERRY RILEY, Parole Board Member;
SOLOMN GRAVES; Parole Board Member;
BUDNICK, SATP Instructor, Varner Unit; and
MITCHELL, IPO, Varner Unit                                           DEFENDANTS

ORDER

1. Motion to voluntarily dismiss, № 19, granted. Roberts's claims against Felts, Vandiver, Shock, Carpenter, Wallace, Belken, Riley, and Graves are dismissed without prejudice. Recommendation, № 9, declined as moot. Motion, № 15, denied as moot.

---

*The Court directs the Clerk to correct Director Kelley's last name on the docket.

2. Unopposed recommendation, № 17, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for preliminary injunctive relief, № 3, denied.

3. The Court refers Roberts's motion to amend, № 19, to Magistrate Judge Deere for consideration.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 July 2016