**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**BRUNSON ROBERTS,
ADC #127841**                                                                                                **PLAINTIFF**

**V.**                            **CASE NO. 5:16-CV-138-DPM-BD**

**WENDY KELLEY, et al.**                                                        **DEFENDANTS**

**ORDER**

Mr. Roberts has now filed his amended complaint.  (Docket entry #24)  The allegations in the amended complaint state a constitutional claim against Defendant John Lamb.  Accordingly, service is now proper for Defendant Lamb.

The Clerk of Court is directed to prepare a summons for Defendant Lamb.  The United States Marshal is directed to serve copies of the complaint, the amended complaint, with any attachments (#2, #24), and a summons for this Defendant without requiring prepayment of fees and costs or security.  Service for Defendant Lamb should be through the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

In addition, in his amended complaint, Mr. Roberts has moved to voluntarily dismiss his claims against Defendant Mitchell.  For good cause, Mr. Roberts's claims against Defendant Mitchell are DISMISSED, without prejudice.  The Clerk is instructed to terminate Defendant Mitchell as a party Defendant.

Mr. Roberts's claims against the Arkansas Parole Board will be addressed in a separate order.

IT IS SO ORDERED, this 28th day of July, 2016.

                                                _____
                                                UNITED STATES MAGISTRATE JUDGE