IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRUNSON ROBERTS
ADC #127841                                                                PLAINTIFF

v.                         No. 5:16-cv-138-DPM-BD

WENDY KELLEY, Director, ADC; JOHN FELTS,
DAWNE VANDIVER, ANDY SHOCK,
ABRAHAM CARPENTER, JIMMY WALLACE,
JOHN BELKEN, and JERRY RILEY,
Parole Board Members;
BUDNICK, SATP Instructor, Varner Unit;
JAMES M. LAMB, Counselor, ADC, SATP
Program, Varner Unit; and
DOES, John and Jane,
known and unknown                                                         DEFENDANTS

ORDER

Unopposed partial recommendation, № 40, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Unopposed motion for partial summary judgment, № 32, granted. Roberts may proceed with the claims against Budnick and Kelley specified in the recommendation. His unexhausted claims against Budnick and Kelley are dismissed without prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 October 2016