IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRUNSON ROBERTS
ADC #127841                                                              PLAINTIFF

v.                          No. 5:16-cv-138-DPM-BD

WENDY KELLEY, Director, ADC;
JOHN FELTS, DAWNE VANDIVER,
ANDY SHOCK, ABRAHAM CARPENTER,
JIMMY WALLACE, JOHN BELKEN, JERRY
RILEY, Parole Board Members; BUDNICK,
SATP Instructor, Varner Unit; JAMES M. LAMB,
Counselor, ADC, SATP Program, Varner Unit; and
DOES, John and Jane, known and unknown                   DEFENDANTS

ORDER

Unopposed partial recommendation, № 52, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for permanent injunction, № 49, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 November 2016