**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**BRUNSON ROBERTS,
ADC #127841**                                                                                          **PLAINTIFF**

**V.**            **CASE NO. 5:16-CV-138-DPM-BD**

**WENDY KELLEY, et al.**                                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 1st day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE