**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BRUNSON ROBERTS,**
**ADC #127841**                                                                                           **PLAINTIFF**

V.                              CASE NO. 5:16-CV-138-DPM

**WENDY KELLEY, et al.**                                                                        **DEFENDANTS**

## ORDER

Mr. Roberts has moved for the Court to amend its order dismissing the claims raised in this lawsuit, with prejudice, based on settlement. (Docket entry #79) The motion (#79) is GRANTED. Mr. Roberts's claims are DISMISSED, with prejudice.

IT IS SO ORDERED, this 7th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE